No. 83–240.  LAWRENCE COUNTY ET AL. *v.* LEAD-DEADWOOD SCHOOL DISTRICT NO. 40–1.  Appeal from Sup. Ct. S. D.  Probable jurisdiction noted.

No. 83–1153.  MILLS MUSIC, INC. *v.* SNYDER ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 83–1266.  UNITED STATES *v.* BOYLE, EXECUTOR OF THE ESTATE OF BOYLE.  C. A. 7th Cir.  Certiorari granted.

No. 83–703.  FLORIDA POWER & LIGHT CO. *v.* LORION, DBA CENTER FOR NUCLEAR RESPONSIBILITY, ET AL.; and
No. 83–1031.  UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* LORION ET AL.  C. A. D. C. Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 229 U. S. App. D. C. 440, 712 F. 2d 1472.

No. 83–912.  LUCE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari granted.  JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 82–1683.  WEST TEXAS STATE UNIVERSITY ET AL. *v.* BENNETT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–824.  PATMON, YOUNG & KIRK ET AL. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–888.  JACOB *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–941.  IOWA ELECTRIC LIGHT & POWER CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 83–975.  PATMON, YOUNG & KIRK ET AL. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–1012.  BAGBEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.